# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SYLVESTER S. OLIVER & PAMELA K. OLIVER  
4620 SHABBONA GROVE ROAD  
SHABBONA, IL  60550  

SSN-xxx-xx-6101 & xxx-xx-6980

Case Number: 07-71595

Case filed on: 7/4/2007  
Plan Confirmed on: 12/17/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $7,766.49          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SYLVESTER S. OLIVER | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICREDIT | 18,763.65 | 18,343.00 | 2,359.77 | 1,839.73 |
| 002 | DEKALB COUNTY COLLECTOR | 3,941.12 | 815.77 | 815.77 | 474.75 |
| 003 | FARMERS & TRADERS STATE BANK | 2,046.80 | 2,046.80 | 281.35 | 179.85 |
| 004 | NATIONAL CITY MORTGAGE COMPANY | 164,857.03 | 0.00 | 0.00 | 0.00 |
| 005 | NATIONAL CITY MORTGAGE COMPANY | 16,432.46 | 1,252.71 | 1,252.71 | 0.00 |
|     | Total Secured | 206,041.06 | 22,458.28 | 4,709.60 | 2,494.33 |
| 001 | AMERICREDIT | 0.00 | 420.65 | 0.00 | 0.00 |
| 006 | AMERICREDIT FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AURORA EARTHMOVER CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CONSULTANTS IN DIAGNOSTIC IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COUNTRY GAS CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDIT PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDIT RECOVERY INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDITORS COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DEKALB COUNTY COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | H & R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | H & R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | HEAVNER, SCOTT, BEYERS & MIHLAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | INSURANCE PLUS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | INSURE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | KISH HEALTH SHABBONA | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MONTGOMERY WARD / MBGA | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MORTGAGE ASSISTANCE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NATIONAL HOMEOWNERS ASSISTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | OMFS FOR NORTHERN ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ONYX ACCEPTANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | REDDY MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | VERIZON NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | WASTE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Unsecured | 0.00 | 420.65 | 0.00 | 0.00 |
|     | Grand Total: | 206,041.06 | 22,878.93 | 4,709.60 | 2,494.33 |

Total Paid Claimant:      $7,203.93  
Trustee Allowance:          $562.56  
Percent Paid Unsecured:        0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008                By  /s/Heather M. Fagan